

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                                           CR NO. 1:05-CR-10038-03-T

YANCEE POTTS

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on November 1, 2005, Assistant U. S. Attorney, Jerry Kitchen, appearing for the government, and the defendant appeared in person and with counsel, Lloyd Tatum, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 3 of the Indictment.

This case has been set for sentencing on **Tuesday, January 31, 2006 at 9:00 A.M.**

The defendant is allowed to be released on bond.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 3 November 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-08-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 1:05-CR-10038 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Lloyd R. Tatum
TATUM AND TATUM
P.O. Box 293
Henderson, TN 38340

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT