PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| United States of America | ) | |
| --- | --- | --- |
| vs | ) | |
| Yancee Potts | ) | Case No. 05-10038-03 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Yancee Potts, have discussed with Carolyn W. Moore, Pretrial Services Officer, modification of my release conditions as follows:

1. Submit to any method of testing required by the pretrial services office for determining whether the defendant is using a prohibited substance.
2. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services officer.
3. Undergo mental health treatment if deemed advisable by the pretrial services officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_Yancee Potts_  11/22/05     _Carolyn W. Moore_  11/22/05
Signature of Defendant    Date    Pretrial Services Officer-In-Charge    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  12-7-05
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on _14 December 2005_

[ ] The above modification of conditions of release is not ordered.

_____  14 Dec 2005
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 1:05-CR-10038 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Lloyd R. Tatum
TATUM AND TATUM
P.O. Box 293
Henderson, TN 38340

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT